

**THE ATTORNEY GENERAL**

**OF TEXAS**

AUSTIN 11, TEXAS

*ool V-233*

PRICE DANIEL
ATTORNEY GENERAL

March 26, 1947

Hon. M. Riley Wyatt, Chairman
State Prison Board
San Antonio, Texas

Opinion No. V-105

Re: Authority of Prison
Board to direct gen-
eral manager to permit
the use of inmate labor
on sewage project with
the City of Huntsville.

Dear Mr. Wyatt:

Your request for an opinion on the above cap-
tioned subject reads as follows:

"The Texas State Board of Health has
practically condemned the existing sewage
disposal plant in Huntsville as inadequate.

"The City of Huntsville has always
handled the disposal of sewage from the pri-
son system in Huntsville since the prison
has no sewage disposal plant of its own.
At present, it is estimated the sewage
flow from the prison system constitutes
one-third of the estimated total normal
flow to the sewage treatment plant.

"The City of Huntsville has never im-
posed a sewer service charge on the prison
system because of a contract entered into
between the city and the prison system,
which provides that the prison system will
pay its prorata share of the cost of any im-
provements or extensions at the city's sewer
disposal plant.

"In view of the foregoing hazards, the
Texas State Board of Health has directed
the City of Huntsville to take steps imme-
diately to correct the condition existing,
and with reference to this sewage the City
of Huntsville has called upon the prison

board to furnish inmate labor in the con-
struction of this sewer extension program.

"In view of the contract heretofore
entered into (copy of which is herewith en-
closed), and further in view of the benefits
to accrue to the prison board, can the pri-
son board authorize the general manager to
permit the use of inmate labor on this pro-
ject?"

Article 6166a, of Vernon's Civil Statutes,
reads in part as follows:

" * * * All persons shall be worked
within the prison walls and upon farms owned
or leased by the State; and in no event shall
the labor of a prisoner be sold to any con-
tractor or lessee to work on farms or else-
where, nor shall any prisoner be worked on
any farm or otherwise upon shares except
such farms be owned or leased by the State
of Texas."

In Opinion No. 0-4322, addressed to Mr. S. M.
Lister, dated April 15, 1942, this Department held that
the Texas Prison Board does not have authority under Ar-
ticle 6166a, Vernon's Civil Statutes, to permit the use
of trusty prisoners by State officials, members of the
Prison Board, and employees of the prison system. In
Opinion No. 0-4727, dated July 31, 1942, this Department
held that while Article 6166o authorizes the Prison
Board to lease real estate for agricultural or grazing
purposes, it was of the opinion that this does not auth-
orize the contracting of convict labor under the cloak
of a lease of real estate, and that Article 6166o must
be construed together with Article 6166a, in that the
employment of convicts as guards in the operation of
the prison system is so obviously opposed to the gener-
al principles and the statutory policies hereinabove
mentioned and discussed, that the power will not be im-
plied as incident to the general power of the manager
to control the prison system; that authority was not
vested to use convicts as guards to replace employed
guards.

The Legislature, in its regular biennial ap-
propriation, provides for the various employees and

operation of the Texas Prison System. It was the evident intention of the Legislature to prohibit the use of convict labor in the performance of work pertaining to the prison system, when such work is to be performed outside the prison walls, and not on the farms owned or leased by the prison system.

The manifest intention of Article 6166a compels us to answer that convict labor may not be used outside the prison walls and off of State property for construction of sewerage lines in the City of Huntsville.

## SUMMARY

Texas Prison Board is not authorized to direct the general manager to permit the use of inmate labor on sewage project outside walls or off of farms of Texas Penitentiary. (Article 6166a, V. C. S.)

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By *Artie Stephens*
Artie Stephens
Assistant

APPROVED MAR. 26, 1947

*Price Daniel*
ATTORNEY GENERAL

AS:JMc:mrj